In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00176-CV**
_____

**DANIELLE GUAJARDO, Appellant**

**V.**

**OSCAR CASTILLO, Appellee**

**On Appeal from the County Court at Law No. 6**
**Montgomery County, Texas**
**Trial Cause No. 23-33180**

**MEMORANDUM OPINION**

On June 5, 2023, Danielle Guajardo appealed from a final judgment in Trial Cause Number 23-33180. After perfecting her appeal, however, Guajardo failed to file a brief.

On September 27, 2023, we notified the parties that Guajardo had not filed a brief and that her appeal would be submitted without briefs unless, by October 9, 2023, she filed a brief supporting her appeal with a

motion explaining why the Court should extend the appellate timetable that applies to the deadlines for filing briefs. We also warned Guajardo that her appeal could be dismissed for want of prosecution if the Court submitted her appeal without a brief.

On October 23, 2023, we notified the parties that the Court would submit the appeal on November 13, 2023, without briefs and without oral argument. *See* Tex. R. App. P. 39.8. On October 24, 2023, the appellee, Oscar Castillo, filed a motion to dismiss the appeal for want of prosecution.

In the absence of a brief assigning error for our review, we grant Castillo's motion to dismiss. Accordingly, the appeal is dismissed for want of prosecution. *See id*. 38.8(a)(1); *id*. 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on November 13, 2023
Opinion Delivered November 16, 2023

Before Golemon, C.J., Horton and Wright, JJ.